IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS LLC, | No. C 13-05488 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAURA SYLVIA MENDOZA GOVAN, individually and doing business as Kimball's Carnival, | |
| Defendant. | |

Plaintiff's motion for default judgment has been entered. Accordingly, judgment is entered against defendant and in favor of plaintiff in the amount of $2000.00.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 23, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE